# STATE OF MICHIGAN

# COURT OF APPEALS

*In re* M. HAMMOND, Minor.

UNPUBLISHED
November 1, 2018

No. 343822
Bay Circuit Court
Family Division
LC No. 15-011898-NA

Before: CAVANAGH, P.J., and MARKEY and LETICA, JJ.

LETICA, J. (*concurring*).

I concur in result only.

/s/ Anica Letica

-1-